**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ARLENE M. RIVERA,

          Plaintiff,

-vs-                                          Case No. 6:08-cv-1936-Orl-28GJK

VANGUARD CAR RENTAL,

          Defendant.
_____

## ORDER

This case is before the Court on Defendant's Motion for Summary Judgment, or Alternatively, Motion to Dismiss or For More Definite Statement (Doc. No. 5) filed December 22, 2008 and Plaintiff's Motion to Continue My Complaint (Doc. No. 10) filed January 7, 2009. The United States Magistrate Judge has submitted a report recommending that the motion for summary judgment be granted in part and denied in part, and the motion to continue be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 10, 2009 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion for Summary Judgment, or, Alternatively, Motion to Dismiss or For More Definite Statement (Doc. No. 5) is granted in part and denied in part.

3. Plaintiff's Motion to Continue My Complaint (Doc. No. 10) is denied as moot.

4. The Complaint is dismissed without prejudice.

5. Plaintiff may file an Amended Complaint within ten (10) days of the date of this Order. Plaintiff is admonished that in filing her amended complaint and pursuing her claims, she must comply with the Local Rules for the Middle District of Florida, the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the applicable substantive law. In particular, Plaintiff's Amended Complaint must meet the requirements of Rule 8 of the Federal Rules of Civil Procedure that the complaint contain "a short and plain statement of the grounds upon which the court's jurisdiction depends" and "a short and plain statement of the claim showing that the pleader is entitled to relief."

6. Plaintiff's Motion to Amend/Correct (Doc. No. 14) is denied as moot.

7. Failure by Plaintiff to file her Amended Complaint within the ten (10) days set forth above, will result in the dismissal and closure of this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __20__ day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party