# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ARLENE M. RIVERA,

    **Plaintiff,**

-vs-             Case No. 6:08-cv-1936-Orl-28GJK

VANGUARD CAR RENTAL,

    **Defendant.**

---

# ORDER

This case is before the Court on Defendant's Motion to Dismiss Second Amended Complaint (Doc. No. 48) filed February 11, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted and the case be dismissed with prejudice.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objection to the Report and Recommendation (Doc. 63), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 7, 2010 (Doc. No. 57) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. No. 48) is **GRANTED.**

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 19 day of July, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party